UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICHELLE A. RICHIE,

   Plaintiff,

            Case No.

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a ACCOUNT RESOLUTION
SERVICES,

   Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

  Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ACCOUNT RESOLUTION SERVICES, by and through undersigned counsel, hereby gives notice pursuant to 28 U.S.C. §§ 1331, and 28 U.S.C. §§ 1441 and 1446, that the case entitled *Michelle A. Richie v. Healthcare Revenue Recovery Group, LLC, d/b/a Account Resolution Services*, Case No. 14-1906-CC-05 (02) is being removed from the County Court, in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.  In support of this Notice, Defendant HRRG states:

  1. On or about February 10, 2014, Plaintiff, MICHELLE A. RICHIE, filed this action against Defendant HRRG in the County Court in and for Miami-Dade County, Florida under the caption of *Michelle A. Richie v. Healthcare Revenue Recovery Group, LLC, d/b/a Account Resolution Services*, Case No. 14-1906-CC-05 (02).  Defendant HRRG was served with a summons and complaint on March 18, 2014.  A copy of the state court file containing the Complaint, Summons, and Defendant's Motion for Extension of Time and the court docket is attached hereto as Exhibit "A".

Case No.

2. Defendant, HRRG, has caused this Notice of Removal to be filed within 30 days from the service of the initial Complaint, thereby timely removing this case pursuant to 28 U.S.C. §1446(b).

3. The Complaint consists of one count alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

4. 28 U.S.C. §1441(b) provides as follows:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

5. This action is a civil action and is one over which this Court has original subject matter jurisdiction under 28 U.S.C. §1331, and is an action that can be removed to this District Court pursuant to 28 U.S.C. §1441, as a result of Plaintiff alleging a violation of the FDCPA.

6. A copy of this Notice has been served contemporaneously with the Clerk of the County Court in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, HRRG, respectfully requests that this case proceed in this Court as an action properly removed to it.

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
David P. Hartnett
Florida Bar No. 946631
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd. – 4th FL
Coral Gables, FL 33134
Tel: 305-358-7747 Fax: 305-577-1063
Attorneys for Defendant

14929503v1 A2022

Case No.

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will be served via email and U.S. Mail upon the following:

Eric Kardatzke, Esq.
Debt Defense Law
6915 Red Road
Suite 200
Coral Gables, FL  33143
Tel:  305-444-4323
service@debtdefenselaw.com
Attorneys for Plaintiff

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
David P. Hartnett
Florida Bar No. 946631
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant

14929503v1 A2022