# EXHIBIT A

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
|---|---|---|
| ☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
| DIVISION<br>☐ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2014-1906605(02) |
| PLAINTIFF(S)<br><br>MICHELLE A. RICHIE | VS. DEFENDANT(S)<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC. d/b/a ACCOUNT RESOLUTION SERVICES | SERVICE<br>CERTIFIED PROCESS SERVER # 07<br>SECOND JUDICIAL CIRCUIT COURT OF FLORIDA<br>DATE SERVED 3-18-14  TIME 3:16 |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on defendant(s): HEALTHCARE REVENUE RECOVERY GROUP, LLC

C/O RA CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASSEE, FL 32301

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: ERIK S. KARDATZKE, ESQ.

whose address is: 6915 RED ROAD, SUITE 200

CORAL GABLES, FL 33143

within 20 days * **Except when suit is brought pursuant to s. 768.28, Florida Statutes, If the State of Florida, one of Its agencies, or one of its officials or employees sued In his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so a default will be entered against that defendant for the relief demanded in the complaint or petition.

CLOCK IN

| HARVEY RUVIN<br>CLERK OF COURTS | BY: P. VEGA DEPUTY CLERK | FEB 1 0 2014<br>DATE |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 01/11

Clerk's web address: www.miami-dadeclerk.com

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MICHELLE A. RICHIE,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, d/b/a ACCOUNT RESOLUTION
SERVICES,

    Defendant.
_____/

CASE NO.: 2014-1906-CC-05(02)

GENERAL JURISDICTION DIVISION

JURY DEMAND

## COMPLAINT

Plaintiff hereby sues Defendant violating the Fair Debt Collection Practices Act codified at 15 U.S.C. § 1692 et seq. (sometimes "the FDCPA") and in support of same states the following.

1. This Court has jurisdiction because Plaintiff is seeking damages between $5,000.00 and $15,000.00.

2. Venue is proper because the actions occurred in this county and specific jurisdiction exists under section 48.193(1)(a) of the Florida Statutes because Defendant's business conduct, the telephone communication attempting to collect a debt, reached into the state of Florida and is the basis of this lawsuit.

3. All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

4. This is an action under the FDCPA which is designed to protect consumers from abusive, deceptive, unfair, and undignified practices by debt collectors.

5. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

*Richie v. Healthcare Revenue Recovery Group, LLC*
*Complaint*
Page 2 of 3

6. Plaintiff is a natural person allegedly obligated to pay a "debt," as defined by 15 U.S.C. §1692a(5), to Defendant.

7. Defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6), because the Defendant regularly collects defaulted debts originated by others.

8. Plaintiff's alleged debt was incurred "primarily for personal, family, or household purposes." 15 U.S.C. § 1692a(5).

9. Defendant has left many unsolicited voice message of Plaintiff's cellular phone without giving meaningful disclosure of its identity in violation of § 1692d(6) of the FDCPA by using the acronyms HRRG and/or ARS instead of the actual company name.

10. Plaintiff has incurred costs and attorney's fees as a result of Defendant's unlawful conduct.

## COUNT I
## FDCPA

11. Paragraphs 1 through 10 incorporated by reference.

12. Defendant has left many unsolicited voice message of Plaintiff's cellular phone without giving meaningful disclosure of its identity in violation of § 1692d(6) of the FDCPA

13. Defendant is subject to civil liability under 15 U.S.C. §1692k which provides for actual and statutory damages, and costs attorney's fees for *any* violation of the FDCPA.

14. Defendant's violation of the FDCPA was the proximate cause of Plaintiff's damages.

WHEREFORE, Plaintiff demands judgment against Defendant for pursuant to § 1692k for actual and statutory damages, costs and attorney's fees, and any and all such further relief the Court deems just and equitable.

*Richie v. Healthcare Revenue Recovery Group, LLC*
*Complaint*
Page 3 of 3

Plaintiff demands a jury trial on all issues so triable.

Erik Kardatzke, Esq., FBN 17862
Debt Defense Law
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MICHELLE A. RICHIE,

       Plaintiff,

                                        CASE NO.: 2014-1906-CC-05(02)

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC D/B/A ACCOUNT
RESOLUTION SERVICES,

       Defendant.                  /

## HRRG' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

COMES NOW, Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ACCOUNT RESOLUTION SERVICES ("HRRG"), by and through its undersigned counsel, and hereby moves for an extension of time to respond to the Complaint in this matter, and states:

    1.    HRRG has been served with the Summons and the Complaint, and the response to the Complaint is due this date.

    2.    HRRG requests an extension of time until April 29, 2013 in which to respond to the Complaint, since the undersigned counsel was just retained today and requires the additional time to investigate Plaintiff's allegations and confer with the Defendant for instructions.

    3.    HRRG' undersigned counsel has attempted to contact Plaintiff's counsel to confer regarding resolution of this motion, but such attempts have been unsuccessful as of this time.

WHEREFORE, HRRG would respectfully request this Court grant its motion for an extension of time to respond to the Complaint, up to and including April 29, 2013.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

14928885 4376

email April 14, 2014, to Erik Kardatske, Debt Defense Law, 6915 Red Road, Suite 200, Coral Gables, Florida 33143, service@debtdefenselaw.com.

HINSHAW & CULBERTSON LLP

/s/ *David P. Hartnett*
David P. Hartnett
Florida Bar No. 946631
dhartnett@hinshawlaw.com
clucas@hinshawlaw.com
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant HEALTHCARE REVENUE RECOVERY GROUP, LLC

2

14928885 4376



## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS        ALL PARTIES        START A NEW SEARCH

**RICHIE, MICHELLE vs HEALTHCARE REVENUE RECOVERY GROUP LLC**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

**Case Number (LOCAL):** 2014-1906-CC-05  **Dockets Retrieved:** 3    **Filing Date:** 01/30/2014
**Case Number (STATE):** 13-2014-CC-001906-0000-05        **Judicial Section:** 02

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 04/14/2014 | | MOTION FOR EXTENSION OF TIME | |
| 01/30/2014 | | COMPLAINT | $ 0.00 |
| 01/30/2014 | | EFILE NUMBER | : 9705228 |

BACK TO SEARCH RESULTS        ALL PARTIES        START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142977